AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

TIM M. ANDERSON,

      Petitioner,

V.

JOHN IGNACIO, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:98-cv-00655-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the [96] Motion to Dismiss is GRANTED. Grounds 7, 8 and 10 of the Petition and Grounds 2 and 4 of the Statement of Additional Claims are DISMISSED WITH PREJUDICE. FURTHER ORDERED that no Certificate of Appealability shall issue.

January 27, 2011                                                   **LANCE S. WILSON**
                                                                                      Clerk

                                                                                      /s/ M. Campbell
                                                                                    Deputy Clerk